# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2014

## NO. 03-13-00211-CV

**Teladoc, Inc., Appellant**

**v.**

**Texas Medical Board and Nancy Leshikar,
in her Official Capacity as General Counsel of the Texas Medical Board, Appellees**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
REVERSED AND RENDERED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on March 4, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's judgment and renders summary judgment declaring that Texas Medical Board's pronouncements regarding Rule 190.8(1)(L)(i)(II) contained in its June 2011 letter are a "rule" under the Administrative Procedure Act and, therefore, invalid under section 2001.035 of that Act. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.